IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RANDALL W. SYLER**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12 C 1408 |
| ) | |
| **COUNTY OF WILL**, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

Randall Syler ("Syler"), who had earlier been represented by appointed counsel but is now proceeding pro se, filed a Motion for Extension of Time ("Motion") on February 21, 2013, in which he sought additional time to file his notice of appeal from a memorandum opinion and order ("Opinion") issued by this Court on January 24. Because nonlawyer Syler was obviously unaware of this District Court's LR 5.2(f) calling for delivery of courtesy copies of all filed documents to the assigned judge's chambers, this Court was unaware of his Motion until it recently obtained (as it does at periodic intervals) a printout reflecting pending motions in all cases assigned to its calendar. This Court hastens to respond to the Motion.

There is no question that the Motion was timely under Fed. R. App. P. 4(a)(5) in relation to the January 24 Opinion.[1] Hence, as permitted by Fed. R. App. P. 4(a)(5)(C), the Motion

---

[1] That Opinion rejected Syler's motion for reconsideration of this Court's January 8, 2013 memorandum opinion and order that had dismissed this action because of Syler's noncompliance with the 42 U.S.C. § 1997e(a) exhaustion-of-administrative-remedies requirement as a precondition to any prisoner's Section 1983 action. Because Syler did not appeal from that dismissal, it would appear that his current appeal relates solely to the January 24 Opinion.

is granted to file his notice of appeal on or before March 29, 2013.

                                                                                                            _____
                                                                                                             Milton I. Shadur
                                                                                                             Senior United States District Judge

Date: March 15, 2013