```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION

Randall Syler,                )
                              )
          Plaintiff,          )
                              )
     v.                       )    No. 12 C 1408
                              )    7th Cir. 13-1593
Will County, Illinois,        )
et., al.,                     )
                              )
          Defendants.         )
```

## MEMORANDUM ORDER

Because our Court of Appeals has granted leave to pro se plaintiff Randall Syler ("Syler") to proceed on appeal in forma pauperis, it has directed this Court to make the required calculations under 28 U.S.C. § 1915 ("Section 1915"). This Court has reviewed the printout from Menard Correctional Center ("Menard," where Syler is in custody) covering the six-month period preceding Syler's filing of his appeal (see Section 1915(a)(2)), and it finds that the average monthly deposits to Syler's account at Menard during that period (Section 1915(b)(1)(A)) amounted to $93.99, 20% of which (id.) is $18.80. Hence that amount -- $18.80 -- is the initial installment that Syler must pay toward the $455 in appellate filing and docketing fees.

Accordingly Syler is assessed that initial fee of $18.80, and the Menard trust fund officer is ordered to collect that amount from Syler's trust fund account there and to pay it directly to the Clerk of Court ("Clerk"):

Office of the Clerk
United States District Court
219 S. Dearborn Street
Chicago, IL 60604

Attention: Fiscal Department

This Court is sending copies of this order to the fiscal unit at Menard as well as to Syler to facilitate prompt payment.

After such payment, the trust fund officer at Menard (or at any other correctional facility where Syler may hereafter be confined) is authorized to collect monthly payments from his trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $455 in fees is paid. Both the initial payment and all future payments shall clearly identify Syler's name and the 12 C 1408 District Court case number and the 13-1593 Court of Appeals case number assigned to this action.

_____
Milton I. Shadur
Senior United States District Judge

Dated: July 1, 2013